UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
NO. 1:05-CV-01049

| | |
|---|---|
| **PILGRIM PROPERTIES, LLC,**<br>Plaintiff,<br><br>v.<br><br>**LTV WHOLESALE & IMPORTER, LLC,**<br>Defendant | **ORDER** |

THIS CAUSE being heard by the undersigned upon motion (Docket No. 8) of Plaintiff, Pilgrim Properties LLC, that the Acceptance of Service signed on behalf of Defendant, LTV Wholesale & Importer, LLC, and filed by Plaintiff be deemed to be a Waiver of Service under Rule 4(d) and that under Rule 4(d)(3) the deadline for Defendant to file its responsive pleading be April 24, 2006, and good cause being shown;

IT IS THEREFORE ORDERED, without prejudice to any and all defenses which the Defendant, LTV Wholesale & Importer, LLC, may raise to the allegations of the Complaint, that the Acceptance of Service filed in this matter is considered to be a Waiver of Service under Rule 4(d) and the deadline by which Defendant may serve an answer, motion, or other response to the Complaint is April 24, 2006.

Entered this 16th day of March, 2006.

_____
United States Magistrate Judge